In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00139-CV


______________________________




IN THE MATTER OF THE MARRIAGE OF SHARON SUE YOUNG 


AND GREGORY RAY YOUNG



 


On Appeal from the County Court at Law


Lamar County, Texas


Trial Court No. 76006




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Gregory Ray Young, appellant, and Sharon Sue Young, appellee, have filed an agreed motion
seeking to dismiss this appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure,
the motion is granted. See Tex. R. App. P. 42.1.

 We dismiss the appeal.


 Jack Carter

 Justice


Date Submitted: April 8, 2008 

Date Decided: April 9, 2008




tacted Coleman by letter,
reminding him that the record was over thirty days past due, and warning him that, if we did not
receive an adequate response within ten days, we would dismiss the appeal for want of prosecution
pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure. See Tex. R. App. P.
42.3(b), (c).

 As of the date of this opinion, we have received no response. 

 We dismiss the appeal for want of prosecution.



 Bailey C. Moseley

 Justice


Date Submitted: October 29, 2007

Date Decided: October 30, 2007